UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC CARRAWAY SR.,<br><br>   Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, and GORDON, AYLWORTH, & TAMI, P.C.,<br><br>   Defendants. | No. 2:23-cv-00975-JHC<br><br>**STIPULATION AND ORDER DISMISSING CASE** |

  Plaintiff Eric Carraway Sr. and Defendants Midland Credit Management, Inc., Absolute Resolutions Investments, LLC, and Gordon Aylworth & Tami, P.C.., by and through undersigned counsel, hereby stipulate (through undersigned counsel) that this action and all claims herein shall be dismissed with prejudice and without an award of fees or costs to any party.

  Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE. IT IS SO ORDERED.

Order - 1
2:23-cv-00975-JHC

ANDERSON | SANTIAGO
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

Entered this 9th day of November, 2023

_____
Hon. John H. Chun
UNITED STATES DISTRICT JUDGE

Presented by:

**BARRON & NEWBURGER, P.C.**

By /s/ *Brit J. Suttell*
Brit J. Suttell, WSBA #60371
6100 219th St. SW # 480
Mountlake Terrace, WA 98043
Attorney for Defendants Absolute Resolutions Investments, LLC and Gordon Aylworth & Tami, P.C.

**HOLLAND & KNIGHT LLP**

By /s/ *Garrett S. Garfield*
Garrett S. Garfield, WSBA #48375
601 SW 2nd Ave. #1800
Portland, OR 97204
Attorney for Defendant Midland Credit Management, Inc.

**ANDERSON SANTIAGO, PLLC**

By /s/ *T. Tyler Santiago*
T. Tyler Santiago, WSBA# 46004
Attorney for Plaintiff
207B Sunset Blvd. N.
Renton, WA 98057
Attorney for Plaintiff

Order - 2
2:23-cv-00975-JHC

ANDERSON | SANTIAGO
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719